Frederick A. Harford, *Plaintiff in Error*, vs. Elwood L. Graves, et al., *Defendants in Error*.

136 So. 620.

En Banc.

Decision filed August 7, 1931.

Petition for rehearing denied September 14, 1931.

*James M. Carson* and *W. Theo Woodward,* for Plaintiff in Error;

*Hull, Landis & Whitehair* and *Scarlett, Jordan, Futch & Fielding* for Defendants in Error.

Per Curiam.—The declaration herein does not wholly fail to state a cause of action, therefore the demurrer thereto should not have been sustained. Cummings Machine Works v. Clark, 89 Fla. 383, 105 So. 100, Garsed v. Sugarman, 99 Fla. 191, 126 So. 157.

Final judgment on demurrer reversed for appropriate proceedings.

BUFORD, C.J., AND WHITFIELD, BROWN AND DAVIS, J.J., concur.